STATE of Missouri, ex rel., Dana
FRANKS, Appellants,

v.

Timothy P. BULLOCK, Respondent.

No. 62933.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Jan. 25, 1994.

Elizabeth H. Christmas, St. Louis, for appellants.

Ronald E. Pedigo, Farmington, for respondent.

Before CARL R. GAERTNER, P.J., and GRIMM and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant appeals from the judgment of the trial court holding that defendant is not the father of her child.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, we have furnished the parties with a memorandum opinion setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).